UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Case No. 23-CR-306 (RC) |
| v. | : |
| TONEY SHELDON BRAY | : |
| Defendant. | : |

## STATEMENT OF ELEMENTS AND FACTS
## FOR CHANGE OF PLEA HEARING

Pursuant to Fed. R. Crim. P. 11, Defendant Toney Sheldon Bray, through counsel, hereby proposes the below factual bases for the defendant's guilty plea to Counts 2, 3, and 6 of the pending Indictment – that is, if the case were to go to trial, Mr. Bray stipulates that the United States could prove the below facts beyond a reasonable doubt. Mr. Bray maintains his not guilty plea with respect to the remaining counts.

1. **Count Two – Theft of Government Property (18 U.S.C. § 641)**

Count Two of the Indictment charges Toney Sheldon Bray with theft of United States government property, specifically, a United States Capitol Police shield, which is a violation of federal law.

### Elements

In order to find defendant Toney Sheldon Bray guilty of this offense, the Court must find that the government proved each of the following elements beyond a reasonable doubt:

First the defendant knowingly stole, took, embezzled, purloined, or converted to his own use a United States Capitol Police shield.

Second, United States Capitol Police shield was property of some value belonging to the United States or any of its departments or agencies.

1

Third, the defendant intended to deprive, without right, the United States government of the use or benefit of the United States Capitol Police shield.

It is not necessary to prove that the defendant knew that the United States government owned the property at the time of the wrongful taking. *See* Joint Pretrial Statement (Doc. 46) at 9-10.

### Factual Basis

Toney Sheldon Bray participated in the demonstrations in and around the Capitol building on January 6, 2021. His conduct included entering the Capitol building at approximately 2:22 p.m. While inside the building, Mr. Bray obtained a Capitol Police shield which was on the floor in an area near a doorway, said shield belonging to the United States or any of its departments or agencies. Mr. Bray exited the Capitol with the shield still in his possession, acting with the intent to deprive the government of the use or benefit of the shield. According to the prosecution, the value of said shield is approximately $194.03.

### 2. Count Three – Entering or Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1))

Count Three of the Indictment charges the defendants with entering or remaining in a restricted building or grounds, which is a violation of federal law.

### Elements

In order to find the defendant guilty of this offense, the Court must find that the government proved each of the following elements beyond a reasonable doubt as to each defendant:

First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

Second, the defendant did so knowingly. *See* Joint Pretrial Statement (Doc. 46) at 14-15.

2

### Factual Basis

During the demonstrations in and around the Capitol building on January 6, 2021, Toney Sheldon Bray crossed the restricted perimeter at Peace Circle at approximately 12:53 p.m. and eventually entered the Capitol at approximately 2:22 p.m., where he remained for approximately 32 minutes, exiting at approximately 2:54 p.m. His conduct in this regard was knowing, in that Mr. Bray knew that the area was restricted and that he lacked legal authority to be in the restricted area, which included the Capitol building.

3. **Count Six – Parading Demonstrating, or Picketing in a Capitol Building (40 U.S.C. § 5104(e)(2)(G)).**

Count Six of the Indictment charges the defendants with parading, demonstrating, or picketing in a Capitol Building, which is a violation of federal law.

### Elements

In order to find the defendants guilty of this offense, the Court must find that the government proved each of the following elements beyond a reasonable doubt as to the defendant:

First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

Second, the defendant acted willfully and knowingly. *See* Joint Pretrial Statement (Doc. 46) at 20-21.

### Factual Basis

Toney Sheldon Bray demonstrated in and around the Capitol building on January 6, 2021, and he did so willfully and knowingly. He entered the Capitol building at approximately 2:22 p.m. through the Northwest Senate Door. While inside the Capitol, he entered the Crypt and the Rotunda, and he exited the building at approximately 2:54 p.m.

## Defendant's Acknowledgements

Mr. Toney Sheldon Bray knowingly and voluntarily admits to all the elements, as set forth above, of 18 U.S.C. § 641 (Count Two), 18 U.S.C. § 1752(a)(1) (Count Three), and 18 U.S.C. § 5104(e)(2)(G) (Count Six).

Respectfully submitted,

M. Scott Davis
Assistant Federal Public Defender
MS Bar No. 103225

Toney Sheldon Bray