UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 23-CR-306 (RC) |
| v. : | |
| : | |
| **ETHAN AARON BRAY** : | |
| : | |
| **Defendant.** : | |

## STATEMENT OF ELEMENTS AND FACTS
## FOR CHANGE OF PLEA HEARING

Pursuant to Fed. R. Crim. P. 11, Defendant Ethan Aaron Bray, through counsel, hereby proposes the below factual bases for the defendant's guilty plea to Counts 3 and 6 of the pending Indictment – that is, if the case were to go to trial, Mr. Bray stipulates that the United States could prove the below facts beyond a reasonable doubt. Mr. Bray maintains his not guilty plea with respect to the remaining counts.

1. **Count Three – Entering or Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1))**

Count Three of the Indictment charges the defendants with entering or remaining in a restricted building or grounds, which is a violation of federal law.

### Elements

In order to find the defendant guilty of this offense, the Court must find that the government proved each of the following elements beyond a reasonable doubt as to each defendant:

First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

Second, the defendant did so knowingly. *See* Joint Pretrial Statement (Doc. 46) at 14-15.

1

### Factual Basis

During the demonstrations in and around the Capitol building on January 6, 2021, Ethan Aaron Bray crossed the restricted perimeter at Peace Circle at approximately 12:53 p.m. and eventually entered the Capitol at approximately 2:22 p.m., where he remained for approximately 32 minutes, exiting at approximately 2:54 p.m. His conduct in this regard was knowing, in that Mr. Bray knew that the area was restricted and that he lacked legal authority to be in the restricted area, which included the Capitol building.

### 2. Count Six – Parading Demonstrating, or Picketing in a Capitol Building (40 U.S.C. § 5104(e)(2)(G)).

Count Six of the Indictment charges the defendants with parading, demonstrating, or picketing in a Capitol Building, which is a violation of federal law.

### Elements

In order to find the defendants guilty of this offense, the Court must find that the government proved each of the following elements beyond a reasonable doubt as to the defendant:

First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

Second, the defendant acted willfully and knowingly. *See* Joint Pretrial Statement (Doc. 46) at 20-21.

### Factual Basis

Ethan Aaron Bray demonstrated in and around the Capitol building on January 6, 2021, and he did so willfully and knowingly. He entered the Capitol building at approximately 2:22 p.m. through the Northwest Senate Door. While inside the Capitol, he entered the Crypt and the Rotunda, and he exited the building at approximately 2:54 p.m.

ETHAN AARON BRAY, Defendant

By: /s/ Paul Chiniche
Paul Chiniche (MSB#101582/MS0012)
Chiniche Law Firm, PLLC.
Post Office Box 1202
Oxford, MS 38655
Telephone: 662.234.4319
Email: pc@chinichelawfirm.com

_____
Ethan Aaron Bray