UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 23-306 (RC) |
| | : | |
| TONEY SHELDON BRAY and | : | |
| ETHAN AARON BRAY, | : | |
| | : | |
| Defendants. | : | |

### SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case as to both defendants:

1. sentencing in this matter is set for **February 7, 2025, at 10:00 a.m.** in Courtroom 23A;

2. the probation officers assigned to this case shall disclose the draft pre-sentence investigation reports to the parties no later than **January 6, 2025**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation reports to the probation officers no later than **January 20, 2025**;

4. the probation officers shall disclose to the parties and file with the Court the final pre-sentence investigation reports no later than **January 27, 2025**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **January 31, 2025**, with all responses (if any) due by **February 4, 2025**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated:  October 4, 2024                                                                                                  RUDOLPH CONTRERAS
                                                                                                                                              United States District Judge